DOUGLAS P. BONNET, *ET AL.* v. ALEXANDER H. STEWART v. NATIONAL EMBLEM INSURANCE COMPANY.

January 7, 1975. Certification to Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. ERNEST BRYANT.

February 19, 1975. Certification to Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. JACKLYN LEE GIBSON.

February 19, 1975. Certification to Superior Court, Law Division is granted.

TROY HILLS VILLAGE, *ET AL.* *v.* TOWNSHIP COUNCIL OF THE TOWNSHIP OF PARSIPPANY-TROY HILLS, *ET AL.*

February 23, 1975. Certification to Superior Court, Law Division is granted.

HORACE E. CARVER v. INGERSOLL-RAND COMPANY.

September 19, 1974. Petition for certification granted. The judgment of the Appellate Division is vacated and the matter is remanded to those members of the Appellate Division who decided the appeal for the receipt of briefs and the hearing of argument on the findings of fact made by the Division of Workmen's Compensation after remand and for redetermination of the appeal.